**No. 10-9668. Samer J. Aljabari, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2164, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3256.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 625 F.3d 940.